# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERALD D. JONES

NO. 2026 KW 0532

**JULY 27, 2026**

---

In Re:     Gerald D. Jones, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-17-0429.

---

BEFORE:    **PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.** The defendant must specifically reserve the right for appellate review of any rulings of the trial court prior to entering his guilty pleas. <u>See</u> **State v. Crosby**, 338 So.2d 584, 586 (La. 1976); **State v. Becnel**, 2020-0587 (La. App. 1st Cir. 4/16/21), 323 So.3d 408, 411, <u>writ denied</u>, 2024-00070 (La. 10/8/24), 394 So.3d 266.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT